FILED
2023 Jun-06 AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

FORM 1.

Form 1
Rev. 03/16

FILED
2023 JUN -5 A 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court

for the

NORTHERN District of ALABAMA

UNITED STATES, Plaintiff,

v. Case No. 7:20-CV-08029-LSC

Raymond Harris, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Raymond Harris (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit (11th circuit) (from the final judgment) ((from an order) (describe the order)) entered in this action on 5-10-2023

Pro Se Raymon Harris
(Signature of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Raymon Harris-35189-001
Federal Correctional Complex-USP
P.O. Box 5000
Yazoo City, MS 39194

JACKSON MS 390
2 JUN 2023 PM 2 L



**SECURITY**

JUN 05 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203-2037